IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                    Plaintiff,            )<br>                                                          )<br>          v.                                         )<br>                                                          )<br>THOMAS C. DEYLE,                     )<br>                                                          )<br>                    Defendant.          )<br>                                                          ) | 8:05CR208<br><br>ORDER |

    IT IS ORDERED that, pursuant to the recusal of Judge Laurie Smith Camp, Filing No. 10, this case is reassigned to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

    DATED this 7th day of June, 2005.

                                      BY THE COURT:

                                       s/ Joseph F. Bataillon
                                       JOSEPH F. BATAILLON
                                       UNITED STATES DISTRICT JUDGE