# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR208 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THOMAS C. DEYLE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following the arraignment of defendant Thomas C. Deyle (Deyle) on June 8, 2005. Deyle acknowledged his counsel requested additional time for the arraignment from the date of Deyle's initial appearance on May 26, 2005, and acknowledged the time should be excluded under the Speedy Trial Act. Accordingly, the court finds the additional time needed to accommodate Deyle as a result of the granting of his counsel's request for a continuance of the arraignment, i.e., the time between **May 26, 2005 and June 8, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason the parties' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 10th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
